President and Directors of the Manhattan Company, as Successor Trustee under an Indenture of Mortgage Dated as of November 1, 1926, Made by Harriman Building Corporation to American Trust Company (of New York), as Trustee, Respondent, v. Harriman Building Corporation and Others, Defendants. Lee S. Buckingham and Others, Constituting the First Mortgage Bondholders' Committee, Carroll Dunham, 3rd, and Others, Constituting the Certificate Holders' Committee, Intervenors, Appellants. Robert S. Hirsch, a Bondholder, Respondent.— Order, so far as appealed from, reversed, with twenty dollars costs and disbursements to the appellants against the respondent Robert S. Hirsch, and the motion to confirm the plan of July 2, 1941, and the referee's report thereon in so far as the plan is affected by this appeal granted. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Dore, J., dissent and vote to affirm. Settle order on notice.